## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERT G. PAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LVNV FUNDING LLC, and | ) |
| RESURGENT CAPITAL SERVICES, L.P.; | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

## INTRODUCTION

1.      Plaintiff Robert G. Page brings this action to secure redress from unlawful credit and collection practices engaged in by defendants LVNV Funding, LLC ("LVNV") and Resurgent Capital Services, L.P. ("Resurgent").  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

## VENUE AND JURISDICTION

2.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28  U.S.C. §1331 and 28 U.S.C. §1337.

3.      Venue and personal jurisdiction in this District are proper because defendants do business within this District.

## PARTIES

4.      Plaintiff Robert G. Page  is an individual who resided in the Northern District of Illinois at the time of the events set forth below.

5.      Defendant Resurgent is a limited partnership entity with offices at  200 Meeting Street, Suite 206, Charleston, SC 29401.  It does or transacts business in Illinois.

6.      Defendant Resurgent operates a collection agency.

7.      Defendant Resurgent uses the mails and telephones to collect debts originally owed to other entities.

1

8.      Defendant Resurgent is a debt collector as defined in the FDCPA.

9.      Defendant LVNV is a limited liability company organized under Delaware law.  Its principal place of business is located at 200 Meeting Street, Suite 206, Charleston, SC 29401.  It does or transacts business in Illinois.

10.     Defendant LVNV is engaged in the business of purchasing or claiming to purchase charged-off debts  and attempting to collect them.

11.     Defendant LVNV stated on its Web site, www.lvnvfunding.com, that "LVNV Funding purchases portfolios of both domestic (U.S.) and international consumer debt from credit grantors including banks, finance companies, and other debt buyers.  As the new owner of any debt purchased from the original creditor or from another debt buyer, LVNV Funding's name may appear on a customer's credit bureau, or in a letter from a collection agency if the account is delinquent."

12.     Defendant LVNV also states on its Web site that "All capital markets and business development activities are handled internally, while the management of purchased assets is outsourced to a third-party specializing in the management of these types of consumer assets, Resurgent Capital Services LP (Resurgent). Resurgent is a manager and servicer of domestic and international consumer debt portfolios for credit grantors and debt buyers, and has been hired by LVNV Funding to perform these services on its behalf. Resurgent, a licensed debt collector, may perform these activities directly, or in many cases, will outsource the recovery activities to other specialized, licensed collection agencies. If you are a customer, please direct your inquiries to the firm currently working your account."

13.     Resurgent and LVNV are under common ownership and management.  Both are part of the Sherman Financial Group.  On information and belief, based on published news reports, many of the personnel are the same for both entities.

14.     Defendant LVNV pays an average of less than 10 cents on the dollar for the charged-off debts it claims to purchase.

2

15.     Since March 1, 2009, LVNV  has been the plaintiff in more than 1,000 collection lawsuits.

16.     Defendant LVNV uses the telephone and mails in the conduct of its business.

17.     Defendant LVNV is a debt collector as defined in the FDCPA.

## FACTS

18.     Defendant has been attempting to collect from plaintiff an alleged credit card debt incurred for personal, family or household purposes.

19.     Prior to April 5, 2009, LVNV Funding, LLC, sent the alleged debt to a collection agency, Northland Group, Inc.

20.     On or about April 5, 2009, Northland Group, Inc. sent plaintiff the letter attached as Exhibit A.

21.     On or about April 21, 2009, plaintiff, through counsel, sent LVNV the letter attached as Exhibit B.

22.     On or about May 5, 2009, Resurgent, on behalf of LVNV, sent plaintiff, directly, the letter attached as Exhibit C.  Exhibit C was sent in response to Exhibit B.

## VIOLATIONS COMPLAINED OF

23.     Defendant thereby violated 15 U.S.C. §1692c, by contacting a represented debtor directly.

24.     Section 1692c provides:

**§ 1692c.     Communication in connection with debt collection [Section 805 of P.L.]**

(a) **Communication with the consumer generally**--Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt– . . .

(2)     if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; . .

.
WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

        (1)     Statutory damages;

        (2)     Attorney's fees, litigation expenses and costs of suit;

        (3)     Such other and further relief as the Court deems proper.


                        s/Daniel A. Edelman
                        Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
     & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

4

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.   All rights relating to attorney's fees have been assigned to counsel.


s/Daniel A. Edelman
Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)


t:\17977\pleading\complaint_pleading.wpd

**EXHIBIT A**

**Northland Group Inc.**

Toll Free: (866) 699-2652
NGI@northlandgroup.com
Hours of Operation: M-Th 7-9, F 7-7, Sat 8-5 CT

Payment Address: P.O. Box 390846
Edina, MN 55439
Mail Code SQ165

April 5, 2009



Robert Page (̶▓▓▓▓▓▓▓▓▓▓▓▓▓)

Northland Account #: ▓▓▓▓▓▓
Current Balance Due: $558.27
Settlement Offer: $251.22
Current Creditor: LVNV Funding LLC
Previous Creditor: Hsbc/Orchard Bank/ Mcs
Original Account #: ▓▓▓▓▓▓▓▓▓▓

Dear Robert Page,

LVNV Funding LLC, the current creditor of your account, has assigned the above referenced account to Northland Group, Inc. for collection. In view of the tax season, the current creditor is willing to reduce your balance by offering you a settlement. We are not obligated to renew this offer. Upon receipt and clearance of $251.22, your account will be satisfied and closed and a release letter will be issued. LVNV Funding LLC has purchased the above referenced account from the above referenced Previous Creditor. LVNV Funding LLC has placed your account with this agency for collection.

As of the date of this letter, the current balance on your account is $558.27. Because of interest that may vary from day to day, the balance due on the day you pay may be greater. This does not affect the above settlement offer.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you want to pay your bill on line, please go to payments2northland.com

**If you wish to talk to a representative please call Northland Group, Inc. at this toll-free number (866) 699-2652.**
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. **When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.**



This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is sent to you by Northland Group, Inc., a debt collector and a member of ACA International.
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

M3AS-3AS P2805/0406_2

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Sherman Acquisition Limited Partnership | Resurgent Capital Services L.P. | Anson Street LLC |
| Sherman Acquisition II Limited Partnership | Resurgent Capital Services PR LLC | Ashley Funding Services LLC |
| | LVNV Funding, LLC | Credit One Bank, N.A. |
| Sherman Acquisition L.L.C. | Ascent Card Services, LLC | SFG REO, LLC |
| Sherman Acquisition TA LP | Ascent Card Services II LLC | PYOD LLC |
| | | Tradd Street LLC |

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

### Sharing Collected Information with Affiliates and Third Parties

**Sharing with Affiliates.** From time to time, the Sherman Companies may share collected information about customers and former customers with each other and with their affiliated financial services companies in connection with administering and collecting accounts.

**Sharing with Third Parties.** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.**
This Privacy Notice is being sent to you by the Sherman Companies in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

011409

**EXHIBIT B**

# EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
## 120 S. LaSalle Street, 18th floor
## Chicago, Illinois  60603-3403
## (312) 739-4200
## (800) 644-4673
## (312) 419-0379 (FAX)
## Email: info@edcombs.com
## www.edcombs.com

April 21, 2009

**VIA US MAIL**
LVNV Funding, LLC
P.O. Box 740281
Houston, TX 77274

REDACTED

Re:   Robert G. Page
Acct. No. ██████████

Ladies/ Gentlemen:

Please be advised that we represent the above individual and that our client disputes the claimed debt(s) described above.  Please provide any contract or agreement signed by our client and an account history showing how you arrived at the conclusion that our client owes the amounts claimed and when this alleged debt(s) was charged off.

Furthermore, you are hereby requested, as required by the Uniform Commercial Code,  to provide proof that you or your principal is in fact the assignee of the debt(s) described above and that you are legally authorized to attempt to collect the claimed debt(s) from our client.

Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through any means, including credit reporting, and you are advised that our client refuses to pay and requests cessation of further communications.  Thank you.

Sincerely,

Daniel A. Edelman

**EXHIBIT C**

15 S. MAIN ST., SUITE 600
GREENVILLE, SC 29601

# RESURGENT


Toll Free Phone:   1-888-665-0374
Toll Free Fax:     1-866-467-0163

*Hours of Operation*
8AM-7PM EST Monday - Thursday
8AM-5PM EST Friday

350837931

May 5, 2009

Previous Creditor:  HSBC/Orchard Bank
Current Creditor:   LVNV Funding LLC
Account Number: ▓▓▓▓▓▓▓▓
Balance: $560.70

VALVOD-CS-1              *A-01-LKB-AM-01507

ROBERT PAGE

**REDACTED**

Dear Robert Page:

This account has been placed with Resurgent Capital Services L.P.

Enclosed please find an original validation of debt that verifies the debt.

If you have any further questions, please contact one of our Customer Service Representatives toll-free at 1-888-665-0374.

Si usted no entiende el contenido de esta carta o tiene mas preguntas, por favor contacte a uno de nuestros representantes que hablan español al numero 1-888-665-0374.

For your convenience, you may submit your payment online at **www.rcspay.com**.

You may also send your payment to the address listed below:

Resurgent Capital Services L.P.
PO Box 10466
Greenville, SC 29603

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

---

This communication is sent to you by Resurgent Capital Services L.P., a professional debt collector.

## INFORMATION REGARDING YOUR LEGAL RIGHTS

Unless you notify us within 30 days after receipt of this notice that you dispute the validity of this debt, or any part of the debt, we will assume that the debt is valid. If you notify us in writing within 30 days after receipt of this notice that you dispute the validity of this debt, or any part of the debt, we will obtain verification of the debt or a copy of a judgment against you, if there is one, and mail such verification or judgment to you. If you make a written request within 30 days after receipt of this notice for the name and address of the original creditor, we will provide the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

SEE THE FOLLOWING PAGE FOR IMPORTANT CONSUMER INFORMATION

Validation of Debt

May 5, 2009

Robert Page

REDACTED

Account number ▓▓▓▓▓▓▓▓▓ for Robert Page acquired from HSBC/Orchard Bank is now owned by LVNV Funding LLC.

At the time the account was acquired from HSBC/Orchard Bank. HSBC/Orchard Bank advised that the balance owing was $553.49. Since that time, additional interest, fees, payments, credits, and offsets, if applicable, have been allowed, for a current balance of $560.70*.

*Please note that any additional interest, fees, payments, credits and offsets made within the past 30 days may not be reflected in the above mentioned current balance.

SEE THE FOLLOWING PAGE FOR IMPORTANT CONSUMER INFORMATION.

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

Sherman Acquisition Limited Partnership
Sherman Acquisition II Limited Partnership
Sherman Acquisition L.L.C.
Sherman Acquisition TA LP

Resurgent Capital Services L.P.
Resurgent Capital Services PR LLC
LVNV Funding, LLC
Ascent Card Services, LLC
Ascent Card Services II LLC

Anson Street LLC
Ashley Funding Services LLC
Credit One Bank, N.A.
SFG REO, LLC
PYOD LLC
Tradd Street LLC

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

## Sharing Collected Information with Affiliates and Third Parties

**Sharing with Affiliates.** From time to time, the Sherman Companies may share collected information about customers and former customers with each other and with their affiliated financial services companies in connection with administering and collecting accounts.

**Sharing with Third Parties.** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

## Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.

This Privacy Notice is being sent to you by the Sherman Companies in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

011409